UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED

MAY 1 4 2008

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

EVONNE VALLIANT )
 )
      Plaintiff, )
 )
v. ) 1:08CV00070CDP
 )
CARUTHERSVILLE HOUSING AUTHORITY, ) Case No.:
a municipal corporation; )
 **ELIZABETH HIGHTOWER**, in her )
official capacity )
executive director of the )
Caruthersville Housing Authority, )
 )
      Defendants. )

## ORDER

This matter is before the court on plaintiff's Motion for a Temporary Restraining Order. On the basis of the "Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction" and the court's review of the plaintiff's Complaint, the court concludes that there appears to be good cause for the issuance of a Temporary Restraining Order. It appears that absent a restraining order, defendants will continue to deny Plaintiff alternative housing in violation of Housing Act of 1937 and 24 C.F.R. 966.4. After due consideration of the Memorandum and the Complaint, the court has concluded that there is a strong likelihood that Plaintiff will prevail on the merits of her claim.

IT IS, THEREFORE, ORDERED THAT: Defendants and their respective officers, agents, members, servants, attorneys, and representatives and all persons having knowledge of the Court's order be immediately restrained and enjoined from are hereby enjoined from denying alternative housing to Plaintiff and Plaintiff's family.

IT IS FURTHER ORDERED that this Temporary Restraining Order will remain in effect until May 27, 2008 unless terminated earlier by order of the court.

IT IS FURTHER ORDERED that plaintiff's motion for Preliminary Injunction will be heard on May 27, 2008 at 9:30 o'clock a. m. in Courtroom ___ at the U.S. District Courthouse, 339 Broadway, Cape Girardeau, Missouri and that defendants appear and show cause before this court at such date and time why a preliminary injunction should not issue enjoining them refusing to provide alternative housing to Plaintiff pending the decision of this court in this action.

IT IS FURTHER ORDERED that the United States Marshall will forthwith serve a true copy of this Temporary Restraining Order on defendants.

IT IS FURTHER ORDERED that this Temporary Restraining Order is granted without condition that a bond be filed by plaintiff in view of her indigency and the court's determination that no economic or other injury would result to the defendants or to the public generally in consequence of the issuance of this order.

SO ORDERED THIS 14th DAY OF May, 2008

_____    9:15 a.m.
JUDGE